UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff(s), | No.CR17-0034-JSW-2 |
| v. | AMENDED ORDER OF REMAND |
| BRANDON JONES, | |
| Defendant. | |

The defendant having appeared before the undersigned Magistrate Judge, the Court finds by clear and convincing evidence that the defendant violated the conditions of his pretrial release by failing to report to the halfway house as ordered by the Court, by using a controlled substance without a legal prescription, by harassing, threatening and intimidating his Pretrial Services officer and by having his whereabouts unknown for six (6) hours on July 2, 2018, and from 2:30 p.m. on July 3, 2018, until he appeared in Court on July 5, 2018. There are no conditions or combinations of conditions to mitigate the risk of flight and danger to the community.

IT IS HEREBY ORDERED that the above-named defendant, is hereby remanded to the custody of the U.S. Marshal, immediately, and defendant's bond is hereby revoked.

Dated: July 5, 2018

KANDIS A. WESTMORE
United States Magistrate Judge