UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRANDON JONES,<br>Defendant. | Case No. 17-cr-00034-JSW-2<br><br>**ORDER TO SHOW CAUSE** |

On May 28, 2019, the Court received a voicemail from one of the government's witnesses, and, on May 29, 2019, the Court forwarded the voicemail to the government. The government is hereby ORDERED TO SHOW CAUSE as to why the voicemail itself should not be disclosed to defense counsel. The government's response is due no later than May 30, 2019 at 5 p.m.

The Court further ORDERS the parties to advise their witnesses to refrain from communicating directly with the Court.

IT IS SO ORDERED.

Dated: May 29, 2019

JEFFREY S. WHITE
United States District Judge