UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>BRANDON JONES,<br><br>          Defendant. | Case No. 17-cr-00034-JSW-2 (KAW)<br><br>**ORDER REGARDING CORRESPONDENCE** |

On June 25, 2019, the Court received correspondence from Mr. Jones. In order to preserve the document in the record, the Court orders that the correspondence be filed under seal. The Court directs that this document shall be served on defense counsel. The Court will take no action on this document or on any documents submitted by Mr. Jones himself. Defense counsel is directed to serve a copy of this order on Mr. Jones.

IT IS SO ORDERED.

Dated: June 26, 2019

                                                         
KANDIS A. WESTMORE
United States Magistrate Judge