1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2

3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division
4

5  CYNTHIA STIER (DCBN 423256)
   Assistant United States Attorney

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7000
       Facsimile: (415) 436-7009
8      Email: cynthia.stier@usdoj.gov

9  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:17-CR-00034-002-JSW |
| Plaintiff, | ) | [PROPOSED] ORDER DETAINING DEFENDANT |
| v. | ) | |
| BRANDON JONES, | ) | |
| Defendant. | ) | |

On December 19, 2019, the United States Probation Office filed a Form 12C (1) Petition for Arrest Warrant for Offender under Supervision. The Honorable Jeffrey S. White issued a no bail warrant for the arrest of the defendant, Brandon Jones pursuant to the Form 12C (1).

Defendant was arrested and detained at Santa Rita Jail. Defendant's initial appearance was scheduled for March 23, 2020, before United States Magistrate Jacqueline Scott Corley. On March 23, 24 and 25, defendant reportedly refused to leave his cell at Santa Rita to attend court for his initial appearance on the Form 12. On March 25, 2020, the Court found he waived his right to an initial appearance and ordered the USMS to provide him a copy of the Form 12 in his cell. A status was

scheduled before the Honorable Jeffrey S. White on May 5, 2020. ECF No. 559.

Defendant requested a detention hearing and the matter came before the Honorable Thomas S. Hixson on April 8, 2020. Defendant consented to appear by telephone. Also appearing by telephone at the detention hearing was his appointed attorney, Douglas Sprague. Also present was Assistant United States Attorney Cynthia Stier and United States Probation Officer Nicole Brown.

At the hearing, the Probation Officer recommended detention on the grounds of risk of non-appearance. The government moved for detention, and the defendant opposed. The parties submitted proffers and arguments.

Upon consideration of the court file and the parties' proffers at the detention hearing, the Court finds by a preponderance of the evidence that no combination of conditions will reasonably assure the defendant's appearance at future hearings. Accordingly, the Court orders the defendant detained pending his next appearance before the Honorable Jeffrey S. White on May 5, 2020, at 11:00 a.m.

This Order serves as written findings of fact and statement of reasons as required by Title 18, United States Code, Section 3142(i).

The Bail Reform Act of 1984 sets forth the factors the Court must consider in determining whether pretrial detention is warranted. In coming to its decision, the Court has considered those factors, paraphrased below:

(1) the nature and seriousness of the offense charged;

(2) the weight of the evidence against the person;

(3) the history and characteristics of the person including, among other considerations, ties to the community, employment, past conduct and criminal history, and record of court appearances; and,

(4) the nature and seriousness of the danger to any person or the community that would be posed by the person's release.

See 18 U.S.C. § 3142(g).

After considering all of the facts and proffers presented at the hearing, including the information contained in the Form 12C (1), the Court finds, by a preponderance of the evidence, that no condition or combination of conditions will reasonably assure the defendant's appearance as required.

Accordingly, pursuant to 18 U.S.C. § 3142, IT IS HEREBY ORDERED THAT:

(1) Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant be afforded reasonable opportunity for private consultation with his counsel; and,

(3) on order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This Order is without prejudice to reconsideration at a later date if circumstances change.

IT IS SO ORDERED.

April 10th 2020

HON. THOMAS S. HIXSON
United States Magistrate Judge