UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 17-cr-00034-JSW-2 |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE REGARDING APPLICATION FOR DISCLOSURE** |
| BRANDON JONES, | Re: Dkt. No. 584 |
| Defendant. | |

On July 22, 2020, the Government filed an application for disclosure of the document filed under seal at Docket No. 580. The Government submitted its request on the grounds that disclosure of this sealed record might assist it in determining Mr. Jones' status and his compliance with the conditions of his supervised release, which the Government argues is relevant to Mr. Jones' appeal to the United States Court of Appeals for the Ninth Circuit.

In support of its application, the Government has submitted the Declaration of Deputy Marshal Scott Feigelson, who attests that Mr. Jones was released from custody on April 29, 2020. (Dkt. No. 584-1, Declaration of Deputy Marshal Scott Feigelson, ¶ 7.) The Government also has provided a declaration from USPO Nicole Brown, who attests to the terms and conditions included in Mr. Jones' April 28, 2020 release order. (Dkt. No. 584-2, Declaration of U.S. Probation Officer Nicole Brown, ¶ 4.) Ms. Brown also attests to her knowledge of Mr. Jones' status since his release from custody on April 29, 2020. (*Id.* ¶¶ 5-7.)

Based on the application and the supporting documents, it is unclear to the Court what additional information the Government requires that would necessitate the disclosure of under seal information. Accordingly, in order to formulate a resolution of the pending application for disclosure, the Court HEREBY ISSUES this order to show cause to the Government to explain

why it requires additional information regarding Mr. Jones' status beyond that which it already possesses. The Government's written response must be filed by no later than July 28, 2020. Defendant may file a response or objection to the Government's request by no later than July 31, 2020.

**IT IS SO ORDERED.**

Dated: July 23, 2020

_____
JEFFREY S. WHITE
United States District Judge