```
DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CYNTHIA L. STIER (DCBN 423256)
Assistant United States Attorney
        11th Floor Federal Building
        450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
        Telephone:    (415) 436-7000
        Fax:          (415) 436-7009

Attorneys for United States of America
```

**FILED**

Feb 26 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br> BRANDON JONES, <br><br> Defendant. | Case No. 3:17-CR-00034-002-JSW <br><br> APPLICATION TO REMOVE ECF NO. 605-12 AND [PROPOSED] ORDER |

The United States seeks to remove from the docket ECF No. 605-12 (Government's Exhibit 13), which contains personal information. The redacted version of Government's Exhibit 13 is attached hereto.

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/ Cynthia Stier
CYNTHIA STIER
Assistant United States Attorney
Attorneys for the United States of America

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that ECF No. 605-12 be removed from the docket or blocked from public view.

IT IS SO ORDERED.

Dated: February 25, 2021

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
UNITED STATES MAGISTRATE JUDGE